

Steven H. Levin, Partner
Admitted in Maryland, North Carolina
and the District of Columbia
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
(o) 410-685-0078; (m) 443-996-7223
slevin@rosenbergmartin.com

September 22, 2020

*Via Electronic Filing*
The Honorable Theodore D. Chuang
United States District Court
 for the District of Maryland
6500 Cherrywood Lane, Suite 245A
Greenbelt, Maryland 20770

      Re:    *United States of America v. William King, et al.*
             *Case No.: 1:05-cr-00203-TDC*

Dear Judge Chuang:

      I represent William King in the above-captioned case for the purpose of filing a Motion for Compassionate Release seeking relief from a 3,781-month term of imprisonment (315 years and one month) reluctantly imposed by Judge Motz in 2005.  Toward that end, I recently reached out to the United States Probation Office and requested a copy of Mr. King's Presentence Report ("PSR").  I was informed that the Probation Office has a copy of the PSR but they cannot release it to me without your approval.

      The PSR contains important information relevant to the preparation of the Motion for Compassionate Release and I respectfully request that you allow the Probation Office to provided the report to me.

      As Your Honor will recall, counsel for Mr. King's co-defendant, Antonio Murray, recently requested the same relief, which this Court granted.

      Very truly yours,

      /s/

      Steven H. Levin

SHL:tlm

_____          _____
GRANTED                                             DENIED