IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> WILLIAM KING, and <br> ANTONIO MURRAY, <br><br> **Defendants** | CRIMINAL NO. TDC 05-203 |

## STATUS REPORT

Pursuant to the conference call with the parties on May 19, 2021, the Government hereby provides the Court the following information:

As set forth in the attached documents (Exhibits A and B hereto), the Bureau of Prison advises that, as of the date of this filing (May 20, 2021), Defendant Murray has served 16 years and 9 days imprisonment and Defendant King has served 16 years and 10 days.

In addition, the Government has learned that the following cases involve situations where the Court has reduced so-called "stacked" 924(c) counts. The government has not yet had the opportunity to review the below decisions yet and/or pull each amended judgments from PACER for each but will do so promptly in the event it will assist the Court. By way of example, the amended judgment in the first listed case (*McCreary)* is attached as Exhibit C. In light of the Court's request to file a response by close of business today, the government wanted to get this information to the Court and then supplement as necessary.

### List of Cases Involving Compassionate Release Relief for Defendants
### Convicted of Multiple 924(c) counts

United States v. McCreary, 2021 WL 1207438 (D. Ariz. Mar. 25, 2021) (Bolton, J.) (granted relied based on stacked 924(c) sentences; reduces the term to the sentence of 20.5 years that would apply under the current statute).

United States v. Rollins, 2021 WL 1020998, at *1 (N.D. Ill. Mar. 17, 2021) (Feinerman, J.) (reduces "exceedingly rare" 106-year sentence to 28-year term that would apply today for four 924(c) offenses)

United States v. Haynes, 2021 WL 406595, at *6 (C.D. Ill. Feb. 5, 2021) (McDade, J.) (the court reduces a 105-year stacked 924(c) term to 30 years, which is the term that would apply today for six 924(c) crimes; adding, "the Court must emphasize that relief in this context is available only in the most extreme of cases")

United States v. Williams, 2020 WL 6940788 (N.D. Ill. Nov. 25, 2020) (Ellis, J.) (court grants relief based on stacked 924(c) sentences and reduces defendants' terms from 57 years to 24 years)

United States v. McDonel, 2021 WL 120935 (E.D. Mich. Jan. 13, 2021) (Lawson, J.) (the court granted relief from a 107-year sentence for stacked 924(c) offenses, given the defendant's youth at the time of the crimes and rehabilitation; the defendant has served 13 years; the court reduces the term to 20 years (though the mandatory today would be 35 years))

United States v. Davis, 2020 WL 5027483 (D. Neb. Aug. 24, 2020) (Camp, J.) (the court reduces the term including stacked 924(c)s from 670 months to term of 324 months that would apply today, causing release in 2024)

United States v. Pollard, 2020 WL 4674126 (E.D. Pa. Aug. 12, 2020) (Beetlestone, J.) (compassionate release is available to address stacked 924(c) terms; the sentence is reduced to the 168-month term that would apply today for two 924(c) brandishing offenses)

United States v. Rainwater, 2021 WL 1610153 (N.D. Tex. Apr. 26, 2021) (Fitzwater, J.) (sentence for stacked 924(c) crimes is reduced from 1,117 months to 397 months, approximating the sentence that would apply under current law)

United States v. Lyle, 2020 WL 7247780 (S.D. Tex. Dec. 9, 2020) (Hanen, J.) (the court grants compassionate release based on stacked 924(c) sentences and reduces the total sentence from 1,141 months to the 493-month term that applies today)

United States v. Barton, 2021 WL 237692 (W.D. Va. Jan. 25, 2021) (Jones, J.) (court reduces stacked 924(c) sentence of 1,020 months to 300 months)

United States v. Woods, 2021 WL 1572562 (W.D. Va. Apr. 21, 2021) (Moon, J.) (reduces stacked 924(c) sentences and lowers total sentence from 1,095 months to 300 months (including consecutive term of 60 months for each of four 924(c) charges))

United States v. Brown, 2020 WL 4569289 (E.D. Wis. Aug. 7, 2020) (Stadtmueller, J.) (grants relief based on change in law regarding stacked sentences, and rehabilitation; reduces sentence from 624 months to 408-month term that would apply under current law)

Finally, the government has advised BOP Regional Counsel Michael Frazier that the Court may be inquiring directly to Mr. Frazier regarding any questions or concerns in this matter.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: /s/ _____
    Sandra Wilkinson
    Assistant United States Attorney
    United States Attorney's Office
    36 S. Charles Street
    Baltimore, Maryland 21201

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th Day of May, 2021 a copy of the foregoing will be e-mailed to counsel of record for the defendants:

Steven H. Levin
Rosenberg Martin Greenberg, LLP
SLevin@rosenbergmartin.com

Andrew C. White
Silverman, Thompson, Slutkin & White, LLC
awhite@mdattorney.com

/s/ _____
AUSA Sandra Wilkinson